1  BRET A. FAUSETT (CA Bar No. 139420)                **E-Filed 11/23/09**
   bfausett@adorno.com
2  IMANI GANDY (CA Bar No. 223084)
   igandy@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
5  Tel.   (213) 229-2400
   Fax.   (213) 229-2499
6
   Attorneys for Plaintiff
7  Walton International Group (USA), Inc.

8                           **UNITED STATES DISTRICT COURT**

9                          **NORTHERN DISTRICT OF CALIFORNIA**

10                                  **SAN JOSE DIVISION**

11

12 | Walton International Group (USA), Inc., | Case No. C09-04721-JF |
13 |           Plaintiff,                    | Hon. Jeremy Fogel     |
14 |               v.                        |                       |
15 | Elizabeth Arden, and Does 1-20,         | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE |
16 |           Defendants.                   |                       |

                                              Action Filed: October 2, 2009

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

Plaintiff Walton International Group (USA), Inc.'s filed an *ex parte* application for an order authorizing alternate service on Defendant Elizabeth Arden of the summons and complaint filed on October 2, 2009.

After full consideration of the evidence, having reviewed the papers in support of the *ex parte* application, the Court rules as follows:

1. Defendant in this case is the operator of an online website, located on the Internet at www.complaintsboard.com. Defendant does not provide any contact information or physical address on its website. The Defendant's domain name registration for "complaintsboard.com," however, references a post office box in Sunnyvale, California, within this judicial district.

2. After reasonable diligence, Plaintiff has been unable to serve the Defendant, the operator of the website Complaintsboard.com, at the address maintained by the Defendant in the whois database of domain name registrations. *See*, Affidavit of Service of Reasonable Diligence, filed November 13, 2009 (Docket No. 8).

3. Plaintiff has established that the Defendant can be contacted both through email and by service of papers on Melbourne IT, the registrar of the domain name Complaintsboard.com. Each of these methods of service is independently calculated to provide notice to the Defendant and an opportunity to respond to the Complaint. *See*, *Rio Properties Inc. v. Rio International Interlink*, 284 F.3d 1007 (9th Cir. 2002) (authorizing service by email on online entity operating Internet-based sports betting operation).

4. Accordingly, Plaintiff's ex parte application is granted authorizing alternative service on Defendant as follows:

   a. Plaintiff is authorized to serve the Defendant by email at the following email addresses: "worldonlineauctions@gmail.com" and "contact@myprivateregistration.com" (with the domain name "Complaintsboard.com" in the subject line of the email sent to "contact@myprivateregistration.com"); and,

   b. Plaintiff is authorized to serve the Defendant by and through service on the Defendant's domain name registrar, Melbourne IT, which has agreed to "pass[] on important communication" to the registrant for its customers, such as this one, using Melbourne IT's private

2

[PROPOSED] ORDER RE PLAINTIFF'S EX PARTE APPLICATION                                Case No. C09-04721-JF
FOR ORDER AUTHORIZING ALTERNATIVE SERVICE
2031853.1

registration service.  A summons and complaint is implicitly the type of "important communication" for which Melbourne IT has agreed to take responsibility.  Plaintiff should serve Defendant by all the means authorized by Melbourne IT on its website, including service by (a) using the webform at http://www.melbourneit.com.au/cc/emailmanagement; (b) using the email address "contact@myprivateregistration.com"; and (c) by service upon each of Melbourne IT's offices in this jurisdiction, located at (i) 1900 Powell Street, Suite 1070, Emeryville, CA 94608 and (ii) 636 Ellis Street, Mountain View, CA, 94043.

        IT IS SO ORDERED.

DATED: 11/23/2009

HON. JEREMY FOGEL
JUDGE OF THE U.S. DISTRICT COURT

3

[PROPOSED] ORDER RE PLAINTIFF'S EX PARTE APPLICATION           Case No. C09-04721-JF
FOR ORDER AUTHORIZING ALTERNATIVE SERVICE
2031853.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES