1  BRET A. FAUSETT (CA Bar No. 139420)
   bfausett@adorno.com
2  IMANI GANDY (CA Bar No. 223084)
   igandy@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
5  Tel.    (213) 229-2400
   Fax.    (213) 229-2499
6
   Attorneys for Plaintiff
7  Walton International Group (USA), Inc.

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

12 Walton International Group (USA), Inc.,   | Case No. C09-04721-JF

13         Plaintiff,                         | Hon. Jeremy Fogel

14     v.                                     | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

15 Elizabeth Arden, and Does 1-20,

16         Defendants.

17                                            | Action Filed:  October 2, 2009

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

Plaintiff Walton International Group (USA), Inc. filed a motion for default judgment on February 19, 2010.  After full consideration of the evidence, having reviewed the papers in support of the motion, and having heard and considered the arguments of counsel at the February 26, 2010 hearing on the Application for Default Judgment, as well as the memoranda, evidence and other papers submitted by Plaintiff, including the default entered against Defendant Elizabeth Arden by the clerk on January 11, 2010, and good cause appearing,

**IT IS ORDERED, ADJUDGED AND DECREED** that default judgment be granted in Plaintiff's favor in this matter.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the statements appearing on Complaintsboard.com, as identified in Exhibits F and G to the Complaint in this action, that Plaintiff's business (a) is a "scam"; (b) operates as a "Ponzi scheme;" (c) uses "doctored numbers" to solicit investments; (d) operates in a way designed to avoid the scrutiny of regulators, or (e) uses intimidation and threats against anyone who seeks to complain about it, are false and defamatory under California law.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Elizabeth Arden, aka "Mark Shultz," doing business on the Internet under the domain name "COMPLAINTSBOARD.COM" (hereafter, "Defendant") is ordered to pay Plaintiff civil damages in the amount of $29,939.73,  as established by Plaintiff by declaration.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant and any of Defendant's employees, representatives, agents, successors-in-interest, affiliates, and all other persons, firms, or entities acting in concert or participating with them, directly or indirectly, are hereby permanently enjoined, directly or indirectly, from publishing, hosting or retransmitting statements that Plaintiff's business (a) is a "scam"; (b) operates as a "Ponzi scheme;" (c) uses "doctored numbers" to solicit investments; (d) operates in a way designed to avoid the scrutiny of regulators, or (e) uses intimidation and threats against anyone who seeks to complain about it.

This specifically includes statements appearing on the Internet at the following uniform resource locators ("URLs"): http://www.complaintsboard.com/complaints/walton-international-

1  c105252.html and http://www.complaintsboard.com/complaints/walton-international-c85297.html

2  and http://www.complaintsboard.com/bycompany/walton-international-a47298.html.

3  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that in order to ensure compliance with this Order, Plaintiff shall present a copy of this Order to Melbourne IT, the domain name registrar of record for COMPLAINTSBOARD.COM, which has offices at 636 Ellis Street, Mountain View, California, CA, 94043, within this judicial district.  Upon receipt of this Order, Melbourne IT shall place the domain name COMPLAINTSBOARD.COM on registrar lock to prevent its transfer to another registrar outside this judicial district.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that if Defendant has not complied with the terms of this Order within ten (10) days, Plaintiff shall so inform Melbourne IT of Defendant's non-compliance, at which time Melbourne IT shall delete all DNS records of the domain name COMPLAINTSBOARD.COM.  If Melbourne IT is required to delete Defendant's DNS records under this Paragraph, Defendant shall be entitled to have those records restored only after Defendant has paid its judgment in full and provided written assurances to Plaintiff that it will not repost the defamatory statements identified above.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Melbourne IT shall keep the domain name COMPLAINTSBOARD.COM on registrar lock for a period of one (1) year following the date of this Order.  If Walton has reasonable cause to believe that Defendant's continued compliance with this Order is in doubt, it may petition the Court at any time for a continuation of the registrar lock provisions of this Paragraph.

///
///
///
///
///
///
///
///

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT
2039121.1

Case No. C09-04721-JF

1    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that immediately upon
2    receipt of this signed Order, Plaintiff is to provide notice of this Order to Defendant by all the means
3    for notice set forth in this Court's Order Granting Plaintiff's Ex Parte Application for an Order
4    Authorizing Alternative Service (Docket No. 12), filed November 23, 2009.
5    *IT IS SO ORDERED.*

7    DATED: 2/26/10

    HON. JEREMY FOGEL
    JUDGE OF THE U.S. DISTRICT COURT