1  BRET A. FAUSETT (CA Bar No. 139420)
   bfausett@adorno.com
2  IMANI GANDY (CA Bar No. 223084)                    **E-Filed 3/15/10**
   igandy@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
5  Tel.   (213) 229-2400
   Fax.   (213) 229-2499
6
7  Attorneys for Plaintiff
   Walton International Group (USA), Inc.

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  Walton International Group (USA), Inc.,     Case No. C09-04721-JF

13              Plaintiff,                      Hon. Jeremy Fogel

14       v.

15  Elizabeth Arden, and Does 1-20,            [PROPOSED] ORDER RE EX PARTE TO
                                               AMEND ORDER RE DEFAULT
16              Defendants.                     JUDGMENT

17                                             Action Filed:  October 2, 2009

18

19       The Court hereby amends its Order of February 26, 2010 (Docket No. 26) to change the word

20  "shall" on Page 3, line 10 to "may, at any time after ten (10) days have passed,".

21       *IT IS SO ORDERED.*

22

23  DATED: __3/15/10_____        _____
                                      HON. JEREMY FOGEL
24                                    JUDGE OF THE U.S. DISTRICT COURT

25

26

27

28

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES